DOWEL ASSOCIATES v. CARO BAG, INC.

May 8, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. LUMUMBA RAHMAN MUHAMMAD, A/K/A DENNIS ELTON HUGHES.

May 8, 1984.

Petition for certification denied.

SUSAN SALOMON v. ELI LILLY & CO.

May 8, 1984.

Certification to the Superior Court, Law Division is granted.

MITCHELL SUPREME FUEL COMPANY v. EAST PARK CAPITAL CO. AND THEODORE R. AND MAXINE B. MURNICK AND WILLIAM G. STERN.

May 9, 1984.

Petition for certification denied.